UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LINDA FRENCH AND ANN
FRENCH GONSALVES

VERSUS

DALE BEHRING LIFE INSURANCE
PLAN

CIVIL ACTION

NO. 09-394-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 23, 2010.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss, or Alternatively, to Transfer this Action to the United States District Court for the Northern District of Illinois (rec.doc.4) filed by defendant, Dade Behring Life Insurance Plan, is denied.

Baton Rouge, Louisiana, ~~May~~ June 8 , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA