UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LINDA FRENCH AND
ANN FRENCH GONSALVES

VERSUS

DADE BEHRING LIFE
INSURANCE PLAN

CIVIL ACTION

NO. 09-394-RET

## *RULING*

In this appeal, plaintiff seeks review of the magistrate judge's ruling of November 18, 2010.

In reviewing the magistrate judge's ruling in question, the court must decide whether the ruling constitutes clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the magistrate judge's ruling on the issue in question, the court does not find any clear error. Accordingly,

IT IS ORDERED that the ruling of the magistrate judge dated November 18, 2010 is hereby AFFIRMED.

Baton Rouge, Louisiana, December  13 , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA